BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO.  2:08-MJ-352 KJM |
| | ) | |
| Plaintiff, | ) | MOTION TO DISMISS COMPLAINT |
| v. | ) | AND ORDER |
| | ) | |
| LAWRENCE SCOTT DEWALD, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution (UFAP) in the above referenced case, MAG No 2:08-MJ-352 KJM, against defendant LAWRENCE SCOTT DEWALD.

DATED: 06/22/2012                          BENJAMIN WAGNER
                                           UNITED STATES ATTORNEY


                                        By   /s/Michelle Rodriguez
                                             MICHELLE RODRIGUEZ
                                             Assistant U.S. Attorney

1

BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO.  2:08-MJ-352 KJM |
| | ) | |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| LAWRENCE SCOTT DEWALD, | ) | |
| Defendant. | ) | |

**ORDER**

    The United States' motion to dismiss without prejudice the underlying Unlawful Flight to Avoid Prosecution (UFAP) complaint in the above referenced case, MAG No 2:08-MJ-352 KJM against defendant LAWRENCE SCOTT DEWALD is GRANTED.

DATED: June 25, 2012

                                        /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE